**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HOZAE LAMAR MILTON,

              Plaintiff,

vs.                                           Case No. 3:09-cv-135-J-32MCR

STATE OF FLORIDA,

              Defendant.

_____

## **ORDER**[1]

    This case is one of several patently frivolous cases *pro se* plaintiff has recently filed

with the Court, all of which involve a flurry of frivolous motion practice involving causes of

action over which this Court has no jurisdiction. <u>See</u> Case No. 3:09-cv-118-J-25TEM (Doc.

5, Order dismissing case for lack of jurisdiction ), 3:09-cv-149-J-25HTS (Doc. 3, Order

dismissing case with prejudice), 3:09-cv-154-J-25JRK (Doc. 3, Order dismissing case with

prejudice).  Here, plaintiff initially filed this action on February 17, 2009 as a motion for relief

under 28 U.S.C. § 2255, which is available to a person in federal custody seeking to vacate,

set aside, or correct a federal sentence. <u>See</u> Doc. 1.  Since that time, plaintiff has filed an

additional 32 motions and several supporting exhibits and supplements.  None of these

materials make any sense and, as plaintiff is not in federal custody, no relief could be

granted even if some of these pleadings did seek the type of relief this Court is able to

provide.  Accordingly, it is hereby

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available
electronically.  However, it has been entered only to decide the motion or matter addressed
herein and is not intended for official publication or to serve as precedent.

**ORDERED**:

This case is dismissed with prejudice for lack of jurisdiction. The Clerk shall terminate all pending motions and close the file. Moreover, should plaintiff submit additional frivolous materials to be filed in this case, the Clerk is directed to send the materials to the chambers of the undersigned for review before docketing so that they may be returned to plaintiff as appropriate in lieu of spending scarce judicial resources on docketing further frivolous pleadings.

**DONE AND ORDERED** at Jacksonville, Florida this 21st day of April, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

pro se plaintiff